UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIA COBB,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

Case No. 24-cv-12522

Honorable Robert J. White

## ORDER GRANTING PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL

Before the Court is plaintiff's attorney's motion to withdraw as counsel. (ECF No. 17). LVNV Funding, LLC responded. (ECF No. 18). Plaintiff's attorney did not file a reply. The Court held a hearing on the motion on June 4, 2025. For the reasons stated on the record, it is hereby,

ORDERED that plaintiff's attorney's motion to withdraw as counsel (ECF No. 17) is granted.

IT FURTHER ORDERED that plaintiff may obtain new counsel by no later than **Monday, July 7, 2025**.

IT IS FURTHER ORDERED that in the event plaintiff obtains new counsel, that attorney must file an appearance on the docket no later than **Monday July 7, 2025**.

IT IS FURTHER ORDERED that either plaintiff, or her new counsel, must respond to LVNV's pending motion for summary judgment (ECF No. 16) by no later than **Monday July 7, 2025**.

Dated: June 5, 2025                    s/ Robert J. White
                                                                       Robert J. White
                                                                       United States District Judge