UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| ALIA COBB,<br><br>        Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>        Defendant. | Case No. 24-cv-12522<br><br>Honorable Robert J. White |

**ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS
PURSUANT TO 28 U.S.C. § 1927 AND DENYING DEFENDANT'S
MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

Alia Cobb commenced this action against LVNV Funding, LLC pursuant to the Fair Debt Collection Practices Act ("FDCPA"). The complaint alleges that LVNV violated the FDCPA when it inaccurately related to credit reporting agencies that Cobb was disputing certain debts when she, in fact, was not. (ECF No. 1). Attorney Paschal Ukpabi represented Cobb until June 5, 2025, when the Court granted Ukpabi's motion to withdraw as counsel. (ECF No. 23).

Before the Court are LVNV's motions for sanctions against Ukpabi pursuant to 28 U.S.C. § 1927 and Fed R. Civ. P. 11. (ECF Nos. 28-29). LVNV and Ukpabi filed associated responses and replies. (ECF Nos. 30, 32-34). The Court held a

hearing on the motions on March 17, 2026.  For the reasons stated on the record, it is hereby,

ORDERED that LVNV's motion for sanctions against Ukpabi pursuant to 28 U.S.C. § 1927 (ECF No. 29) is granted.

IT IS FURTHER ORDERED that LVNV's motion for sanctions against Ukpabi pursuant to Fed R. Civ. P. 11 (ECF No. 28) is denied.

IT IS FURTHER ORDERED that LVNV is directed to file a motion seeking attorney fees, along with the appropriate supporting documentation, within **14 days** of the entry of this order.

IT IS FURTHER ORDERED that the motion shall only seek the fees incurred from January 17, 2025 (when Ukpabi signed Cobb's discovery responses) through June 5, 2025 (when the Court granted Ukpabi's motion to withdraw as Cobb's counsel).

IT IS FURTHER ORDERED that Ukpabi may respond to the motion no later than **14 days** after its filing.

Dated: March 18, 2026

s/ Robert J. White
Robert J. White
United States District Judge